UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRED CHISOM,<br><br>            Plaintiff,<br><br>     vs.<br><br>R. MORGAND,<br><br>            Defendant. | NO.  CV-05-5047-FVS<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed July 21, 2005, the court denied Plaintiff leave to proceed *in forma pauperis* based on 28 U.S.C. § 1915(g).  The Court directed Plaintiff to pay the $250.00 filing fee and warned that failure to do so would be construed as Plaintiff's consent to dismissal of this action.  Plaintiff filed nothing further.  Accordingly, **IT IS ORDERED** the complaint is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. § 1914(a).

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this     8th     day of September 2005.


                    s/ Fred Van Sickle
                  FRED VAN SICKLE
              UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT -- 1